DONALD J. QUERIO (State Bar No. 54367)
MARY KATE SULLIVAN (State Bar No. 180203)
PETER H. BALES (State Bar No. 251345)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO AUTO FINANCE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CV 08 3821 RS

| | |
|---|---|
| SANTIAGO SANCHEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO AUTO FINANCE, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | State Case No.: 108CV117118<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Date Action Filed: July 11, 2008 |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

//

//

1.  Wells Fargo Auto Finance, Inc., which is an indirect wholly-owned subsidiary of Wells Fargo & Co., a publicly-held company whose shares are traded on the New York Stock Exchange under the symbol "WFC."

DATED: August  11 , 2008

SEVERSON & WERSON
A Professional Corporation

By: _____
Peter H. Bales

Attorneys for Defendant
WELLS FARGO AUTO FINANCE, INC.

07515/0119/682344.1

Certification of Interested Entities or Persons