1 | DONALD J. QUERIO (State Bar No. 54367)
  | MARY KATE SULLIVAN (State Bar No. 180203)
2 | PETER H. BALES (State Bar No. 251345)
  | SEVERSON & WERSON
3 | A Professional Corporation
  | One Embarcadero Center, Suite 2600
4 | San Francisco, CA 94111
  | Telephone: (415) 398-3344
5 | Facsimile: (415) 956-0439

6 | Attorneys for Defendant
  | WELLS FARGO AUTO FINANCE, INC.

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN JOSE DIVISION

11

| SANTIAGO SANCHEZ, an individual, | Court Case No.: CV 08-3821 RS |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| WELLS FARGO AUTO FINANCE, INC.; and DOES 1 through 100, inclusive, | Date Action Filed: July 11, 2008 |
| Defendants. | |

07515/0119/683684.1   Certificate of Service1

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date below I served a copy, with all exhibits, of the following document(s):

1. **CIVIL COVER SHEET**

2. **NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1441, 1446**

3. **CERTIFICATION OF INTERESTED PARTIES OR PERSONS**

4. **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE**

5. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

6. **ECF REGISTRATION INFORMATION HANDOUT**

7. **STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES**

on all interested parties in said case addressed as follows:

Parviz Darabi Esq.          *Attorney for Plaintiff*
Law Office of Parviz Darabi
500 Airport Blvd., Suite 100
Burlingame, CA 94010

Phone: (650) 343-5357
Fax: (650) 343-5391

☒ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in San Francisco, California, on August 15, 2008.

*/s/ Ron Myers*
Ron Myers